**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

March 26, 2010

U.S. District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113

RE: CV 10-00726 EMC  KATHERINE DENNISON-v-BAYER HEALTHCARE
PHARMACEUTICALS INC

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted

herewith are:

☐        Certified copy of docket entries.

☐        Certified copy of Transferral Order.

☐        Original case file documents.

✔        Please access the electronic case file for additional pleadings you may

          need.  See the attached instructions for details.


Please acknowledge receipt of the above documents on the attached copy of this letter.



Sincerely,
RICHARD W. WIEKING, Clerk



by: Sheila Rash
Case Systems Administrator


Enclosures
Copies to counsel of record